## BIRTH CERTIFICATE
## CERTIFIED TRANSLATION

The Subscriber, The State Familiar Registry Chief:

CERTIFIES: That on Folio 11-&-12, of the births acts No. that this office carried for the year 1995. Is registered the Birth Certificate number 340.

| | |
|---|---|
| Child's Name: | **YESSICA XIOMARA CISNEROS MORENO.** |
| Birthdate: | **August 22, 1995.** Time: **23:10** Sex: **Female** |
| Place: | **C. Valencia, Lolotique. San Miguel. El Salvador.** |

Father:     JOSE ANGEL CISNEROS.   Trader. Origin, and domicile in this Village.   Salvadorian. --

Mother:     HILDA VERONICA MORENO. Housekeeper. Origin, and domicile in this Village. Salvadorian.

**REMARKABLE:**   This Data was given by Jose Angel Cisneros Torres, father of the newborn, showing his Personal Identity Charter, No. 3-9-0010905 issued by the Mayoralty of Lolotique, and signed beside the Municipal Mayor, an Secretary that authorized. Municipal Mayoralty. Lolotique, August 30, 1995. CFQ.- Mayor.- JAC.- Declarer.- RAJ de H. Secretary.- /// signatures/// It is conformed with the original, and is certified in the Municipal Mayoralty of Lolotique, on September 28, 2001. Signature of the Familiar State Registry Chief. Rita del Carmen Crespo Granados. With Respective Official Seal. ================================================

I, Carolina Andrea Carrasco, do hereby certify that I am competent to translate from Spanish into the English language, and that the above is an accurate translation of the attached document presented to me.

*Carolina A. Carrasco*

Signed, and Affirmed to before me this 12th day of April in the year 2002.

*Vivian Mary Elguera*

North Carolina
Mecklenburg County
Vivian Mary Elguera
Notary Public
My Commission Expires Feb. 15, 2004



LA INFRASCRITA JEFA DEL REGISTRO DEL ESTADO FAMILIAR,

CERTIFICA: Qué a páginas 11 y 12 del libro de partidas de nacimien

to que ésta Oficina llevó en el año de 1995, se encuentra la que -

literalmente dice:

Partida número trescientos cuarenta, YESSICA XIOMARA CISNEROS MORE-

NO, hembra, nació a las veintitres horas con diez minutos del día

veintidos de agosto del presente año, en el Cantón Valencia de és-

ta jurisdicción, hija de JOSE ANGEL CISNEROS, Comerciante en Peque

ño, y de HILDA VERONICA MORENO, de Oficios domésticos, ambos de és

te origen y domicilio, y de Nacionalidad Salvadoreña. Dió estos da

tos José Angel Cisneros, padre de la recien nacida, y exhibió su -

cédula de Identidad Personal número tres-nueve- cero cero diez mil

novecientos cinco, expedida por las Autoridades Municipales de és-

ta Villa y firma juntamente con el Infrascrito Alcalde y Secreta -

rio que autoriza. Alcaldía Municipal: Lolotique, a treinta de agos

to de mil novecientos noventa y cinco. CFQ-Alcalde-JAC-Informante-

RAJdeH-Secretario. RUBRICADAS

ES CONFORME: Con su original con el cual se confrontó y para efec-

tos de ley se certifica la presente en la Alcaldía Municipal: Lolo

tique, a veintiocho de septiembre del año dos mil uno.

RITA DEL CARMEN CRESPO GRANADOS

JEFA DEL REG. DEL EST. FAMILIAR.-