Department of Homeland Security
U.S. Citizenship and Immigration Service

**I-797, Notice of Action**

| RECEIPT NUMBER SRC-02-156-53649 | | CASE TYPE  I130   IMMIGRANT PETITION FOR RELATIVE, FIANCE(E), OR ORPHAN |
|---|---|---|
| RECEIPT DATE April 24, 2002 | PRIORITY DATE April 23, 2002 | PETITIONER  A091 048 779  MORENO, JUAN F. |
| NOTICE DATE July 23, 2009 | PAGE 1 of 1 | BENEFICIARY  MORENO, HILDA V. |

JUAN F. MORENO
8106 SHERINGHAM WAY
CHARLOTTE NC 28227

**Notice Type:** Approval Notice
Section: Sister or brother of U.S. Citizen, 203(a)(4) INA

The above petition has been approved. We have sent the original visa petition to the **Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909.** NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. NVC will then forward the approved petition to that consulate.

The NVC will contact the person for whom you are petitioning (beneficiary) concerning further immigrant visa processing steps.

If you have any questions about visa issuance, please contact the NVC directly. However, please allow at least 90 days before calling the NVC if your beneficiary has not received correspondence from the NVC. The telephone number of the NVC is **(603) 334-0700**.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
**Customer Service Telephone: (800) 375-5283**



Case 3:22-cv-00579-RJC-DCK   Document 1-3   Filed 10/24/22   Page 1 of 1

Form I-797 (Rev. 01/31/05) N