# I-512L | AUTHORIZATION FOR PAROLE OF AN ALIEN INTO THE UNITED STATES
## DEPARTMENT OF HOMELAND SECURITY | U.S. CITIZENSHIP AND IMMIGRATION SERVICES

| Family Name/Given Name/Middle Initial | | A-Number | Receipt Number |
|---|---|---|---|
| CISNEROS MORENO, YESSICA XIOMARA | | A095 036 745 | IOE0905510175 |
| Date of Birth (Month/Day/Year) | Country of Birth | Date Issued: | USCIS Account Number |
| 08/22/1995 | El Salvador | 11/19/2018 | 038404908293 |
| U.S. Address (Apt Number/Street Number and Name/City/State or Province/Zip/Postal Code) 3011 AMANDA NICHOLE COURT, CHARLOTTE NC 28212 | | | |

CISNEROS MORENO, YESSICA XIOMARA
3011 AMANDA NICHOLE COURT
CHARLOTTE NC 28212

**TRAVEL AUTHORIZATION:** Presentation of the original of this document authorizes a transportation line to accept the named bearer on board for travel to the United States without liability under section 273 of the Immigration and Nationality Act (INA) for bringing an alien who does not have a visa.

**PAROLE:** The named bearer of this authorization has been granted Temporary Protected Status (TPS) pursuant to Section 244 of the INA. The named bearer departed the United States temporarily and intends to return to the United States to resume his or her TPS. Presentation of the original of this document prior to **09/09/2019** allows a Customs and Border Protection (CBP) Inspector at a port-of-entry to parole the named bearer, whose photograph appears hereon, into the United States based upon urgent humanitarian reasons or significant public benefit. This authorization is valid for multiple applications for parole into the United States during the validity period noted above. Each parole period shall not exceed one year from the date of parole at the port-of-entry.

**X** Approved

Conditions/comments:

**NOTICE - READ BEFORE YOU TRAVEL ABROAD**

**Parole is not admission into the United States.** Presentation of this authorization will allow a CBP Inspector at a port-of-entry to parole you into the United States, which will allow you to resume your TPS. Parole is not an "admission," so even after your parole you will remain an "applicant for admission." If you are found inadmissible, you will need to apply and qualify for a waiver of inadmissibility. If your waiver application is denied, you may be subject to removal proceedings as an inadmissible alien under 235(h)(1) or 240 of the Act.

**Parole into the United States is not guaranteed.** In all cases, you are still subject to immigration inspection at a port-of-entry to determine whether you are eligible to come into the United States via the terms of this document. Even if you have previously been granted parole, the Department of Homeland Security retains discretion to deny you parole if the Department determines approving your parole application would not serve the public interest of the United States.

**Travel Warning Regarding Unlawful Presence.** If you have been unlawfully present in the United States, you may want to ask an immigration attorney or a representative at an immigrant assistance organization accredited by the Board of Immigration Appeals (BIA) whether leaving the United States would make you inadmissible and therefore ineligible for adjustment of status. Under section 212(a)(9)(B)(i) of the Act, aliens who depart the United States after being unlawfully present in the United States for certain periods may become subject to new or additional grounds of inadmissibility because of their travel abroad. If you were unlawfully present in the United States for more than 180 days after April 1, 1997, you may be found inadmissible when you return to the United States. If you were unlawfully present in the United States for more than 180 days but less than one year after April 1, 1997 and then departed voluntarily before the start of removal proceedings, you are inadmissible for three years. If you were unlawfully present for one year or more after April 1, 1997 and then departed, you are inadmissible for ten years. **Obtaining advance authorization for parole will not relieve you of inadmissibility under 212(a)(9)(B)(i).**

**Inadmissibility in general.** If you have concerns about admissibility and waivers you should contact an immigration attorney or an immigrant assistance organization accredited by the BIA before making foreign travel plans.

Loren Miller

Nebraska Service Center
850 S. Street
Lincoln NE 68501
(Authorizing Office)

**Parole Stamp**